IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GR8 PLATE LLC<br>*Plaintiff,*<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY<br>INSURANCE COMPANY, DALE GRIMM,<br>THE HARTFORD STEAM BOILER<br>INSPECTION AND INSURANCE<br>COMPANY, PARRISH SWIFT,<br>EDWARD GARVIN BRITT, JR., AND<br>BOWEN MICLETTE & BRITT<br>INSURANCE COMPANY<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:20-cv-429 |

## DEFENDANTS ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, DALE GRIMM, THE HARTFORD S TEAM BOILER INSPECTION INSURANCE COMPANY, AND PARRISH SWIFT'S CERTIFICATE OF INTERESTED PARTIES

Defendants Allied Property and Casualty Insurance Company, Dale Grimm, The Hartford Steam Boiler Inspection and Insurance Company, and Parrish Swift ("Defendants") file this Certificate of Interested Parties and states as follows:

To the best of Defendants' knowledge and belief, the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Plaintiff Gr8 Plate, LLC

2. Plaintiff's Counsel:

   Michael R. Ramsey
   Texas Bar No. 16520200
   Randal G. Cashiola
   Texas Bar No. 03966802
   Katherine D. Ramsey
   Texas Bar No. 24070469
   Ramsey Law

>    6280 Delaware Street, Suite A
>    Beaumont, Texas 77706
>    ramseydocket@ramseylaw.com
>    (409) 444-2020
>    (409) 444-2021 - Facsimile

3. Defendant Allied Property and Casualty Insurance Company. Allied Property and Casualty Insurance Company represents that it is a subsidiary of Nationwide Mutual Insurance Company, which is not publicly-traded. No publicly traded corporation or company owns 10% or more of Nationwide Mutual Insurance Company's stock.

4. Defendant The Hartford Steam Boiler Inspection and Insurance Company is a wholly owned subsidiary of HSB Group, Inc. HSB Group, Inc., is a wholly owned subsidiary of Munich-American Holding Corporation which is a private company. The ultimate parent corporation is Muenchner Rueckversicherungs (Munich Re) which is a publicly traded company in Europe.

5. Improperly joined Defendant Edward Garvin Britt, Jr.

6. Improperly joined Defendant Bowen Miclette & Britt Insurance Agency LLC

To the best of Defendants' knowledge, there are no additional parties, persons, or entities that are financially interested in the outcome of this litigation at this time. The undersigned have no financial interest in the outcome of this litigation.

*(Signatures on following page.)*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
Southern District No. 38513
pkemp@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone: (512) 476-7834
Facsimile: (512) 476-7832

**ATTORNEY-IN-CHARGE FOR DEFENDANTS ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, DALE GRIMM, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, AND PARRISH SWIFT**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Ethan D. Carlyle
Texas Bar No. 24031794
Southern District No. 30741
ecarlyle@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via efile and CMRRR this the 7th day of February, 2020 to:

| | |
|---|---|
| Michael R. Ramsey<br>Randal G. Cashiola<br>Katherine D. Ramsey<br>Ramsey Law<br>6280 Delaware Street, Suite A<br>Beaumont, Texas 77706<br>ramseydocket@ramseylaw.com<br>**Attorneys for Plaintiff** | *#9414 7266 9904 2137 9568 80* |
| Nick Lanza<br>Lanza Law Firm, P.C.<br>4950 Bissonnet Street<br>Houston, Texas 77401<br>eservice@lanzalawfirm.com<br>**Attorneys for Defendants Edward Garvin Britt, Jr.**<br>**And Bowen Miclette & Britt Insurance Agency** | *#9414 7266 9904 2137 9568 73* |

                                          */s/ Patrick M. Kemp*
                                          Patrick M. Kemp